Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 2014
1:07 p.m
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Number  CR14-0499

U.S.A. v.  CHUANG FENG CHEN

[✓] Indictment          [ ] Information

Defendant Number  2

Year of Birth  1990

Investigative agency (FBI, DEA, etc.)  DEA, IRS

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor     [ ] Minor Offense  [ ] Petty Offense

[ ] Class B Misdemeanor     [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  _____

c. County in which first offense occurred

_____

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other _____

Citation of Offense  18 U.S.C. 1956, 18 U.S.C. 1425, 18 U.S.C. 1546

## RELATED CASE

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?  [✓] No        [ ] Yes

IF YES    Case Number  _____

Pursuant to General Order 14-03, criminal cases may be related

if a previously filed indictment or information and the present

case:

a. arise out of the same conspiracy, common scheme,

   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

   entail substantial duplication of labor in pretrial, trial or

   sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

_____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  _____

Case Number  _____

Charging  _____

The complaint:          [ ] is still pending

[ ] was dismissed on:  _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide, Name:  _____

Phone Number:  _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*                    [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*                    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**        [ ] Yes        [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number  _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on  _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*                    [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*                    [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☐ No

\*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          ☐ YES     ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male          ☐ Female

☑ U.S. Citizen          ☐ Alien

Alias Name(s)          _____

_____

This defendant is charged in:          ☐ All counts

☑ Only counts:  1-3, 6-8

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?          ☐ Yes     ☑ No

IF YES, should matter be sealed?     ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud          ☐ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses          ☑ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☑ Other     money laundering

_____

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:          _____

b. Posted bond at complaint level on:          _____

   in the amount of $          _____

c. PSA supervision?          ☐ Yes          ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in** custody:

a. Place of incarceration:     ☐ State          ☐ Federal

b. Name of Institution:          _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:          ☐ Yes          ☐ No

   IF YES :     ☐ State     ☐ Federal     ☐ Writ of Issue

f. Awaiting trial on other charges: :          ☐ Yes          ☐ No

   IF YES :     ☐ State     ☐ Federal     AND

   Name of Court:          _____

Date transferred to federal custody:          _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.          _____ 20          _____ 21          _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:          _____

_____

_____

Date     09/02/2014

Signature of Assistant U.S. Attorney

Vicki Chou

Print Name