FILED

1  STEPHANIE YONEKURA
   Acting United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney

2014 SEP -2  PM 1: 09

3  Chief, Criminal Division
   VICKI CHOU (Cal. Bar No. 248598)

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

4  Assistant United States Attorney
   OCDETF Section

BY:_____

5  JOHN J. KUCERA (Cal Bar No. 274184)
   Asset Forfeiture Section
6       1400 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-8692/3391
8       Facsimile: (213) 894-8692
        E-mail:    Vicki.Chou@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11               UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,        No. CR **CR14-0499 1**

14           Plaintiff,             GOVERNMENT'S NOTICE OF REQUEST FOR
                                    DETENTION
15           v.

16 XILIN CHEN,

17           Defendant.

18

19      Plaintiff, United States of America, by and through its counsel

20 of record, hereby requests detention of defendant and gives notice of

21 the following material factors:

22 ☐  1.    Temporary 10-day Detention Requested (§ 3142(d)) on the

23          following grounds:

24 ☐  a.    present offense committed while defendant was on release

25          pending (felony trial),

26 ☐  b.    defendant is an alien not lawfully admitted for

27          permanent residence; and

28

☐   c.   defendant is an alien not lawfully admitted for

permanent residence; and

☒   2.   Pretrial Detention Requested (§ 3142(e)) because no

condition or combination of conditions will reasonably

assure:

☒   a.   the appearance of the defendant as required;

☒   b.   safety of any other person and the community.

☐   3.   Detention Requested Pending Supervised Release/Probation

Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

§ 3143(a)):

☐   a.   defendant cannot establish by clear and convincing

evidence that he/she will not pose a danger to any

other person or to the community;

☐   b.   defendant cannot establish by clear and convincing

evidence that he/she will not flee.

☐   4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

§ 3142(e)):

☐   a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

(46 U.S.C. App. 1901 et seq.) offense with 10-year or

greater maximum penalty (presumption of danger to

community and flight risk);

☐   b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

2332b(g)(5)(B) with 10-year or greater maximum penalty

(presumption of danger to community and flight risk);

☐   c.   offense involving a minor victim under 18 U.S.C.

§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

1        2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

2        2260, 2421, 2422, 2423 or 2425 (presumption of danger

3        to community and flight risk);

4   ☐   d.   defendant currently charged with an offense described

5        in paragraph 5a - 5e below, AND defendant was

6        previously convicted of an offense described in

7        paragraph 5a - 5e below (whether Federal or

8        State/local), AND that previous offense was committed

9        while defendant was on release pending trial, AND the

10       current offense was committed within five years of

11       conviction or release from prison on the above-

12       described previous conviction (presumption of danger to

13       community).

14  ☒   5.   Government Is Entitled to Detention Hearing Under § 3142(f)

15       If the Case Involves:

16  ☐   a.   a crime of violence (as defined in 18 U.S.C.

17       § 3156(a)(4)) or Federal crime of terrorism (as defined

18       in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum

19       sentence is 10 years' imprisonment or more;

20  ☐   b.   an offense for which maximum sentence is life

21       imprisonment or death;

22  ☐   c.   Title 21 or MDLEA offense for which maximum sentence is

23       10 years' imprisonment or more;

24  ☐   d.   any felony if defendant has two or more convictions for

25       a crime set forth in a-c above or for an offense under

26       state or local law that would qualify under a, b, or c

27       if federal jurisdiction were present, or a combination

28

1    or such offenses;

2    ☐    e.    any felony not otherwise a crime of violence that

3         involves a minor victim or the possession or use of a

4         firearm or destructive device (as defined in 18 U.S.C.

5         § 921), or any other dangerous weapon, or involves a

6         failure to register under 18 U.S.C. § 2250;

7    ☒    f.    serious risk defendant will flee;

8    ☐    g.    serious risk defendant will (obstruct or attempt to

9         obstruct justice) or (threaten, injure, or intimidate

10        prospective witness or juror, or attempt to do so).

11   ☐   6.   Government requests continuance of _____ days for detention

12        hearing under § 3142(f) and based upon the following

13        reason(s):

14

15   _____

16   _____

17   _____

18   //  _____

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

4

1    ☐   7.   Good cause for continuance in excess of three days exists in

2              that:

3

4              _____

5              _____

6              _____

7              _____

8    Dated: September 2, 2014          Respectfully submitted,

9                                      STEPHANIE YONEKURA
                                       Acting United States Attorney
10

11                                     ROBERT E. DUGDALE
                                       Assistant United States Attorney
                                       Chief, Criminal Division
12

13                                     _____
                                       VICKI CHOU
14                                     JOHN J. KUCERA
                                       Assistant United States Attorney
15

16                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
17

18

19

20

21

22

23

24

25

26

27

28