STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOHN J. KUCERA
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 274184
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3391
     Facsimile:  (213) 894-7177
     E-mail:     john.kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br>XILIN CHEN,<br>CHUANG FENG CHEN,<br>   aka "Tom,"<br>   aka "Chen Junior," and<br>AIXIA CHEN,<br><br>           Defendants. | Case No.: CR 14-0499<br><br>**GOVERNMENT'S FIRST BILL OF PARTICULARS RE FORFEITURE ALLEGATIONS** |

1

1    Notice is hereby given that the government, pursuant to the
2 forfeiture allegations set out in the indictment, intends to
3 seek the criminal forfeiture of the following specific property:
4    a.   Real property located at 423, 424, 425 Stanford Ave.,
5 Los Angeles, California 90013-2120, Assessor's Parcel No. 5147-
6 010-028, more particularly described as:

> Lot 32, 33, 34, 35 and 36 in Block 10 of the Wolfskill
> Orchard Tract, in the City of Los Angeles, County of
> Los Angeles, State of California, as per map recorded
> in Book 30 Page 9 et seq., of Miscellaneous Records in
> the office of the County Recorder of said County.

   b.   Real property located at 5937 Loma Ave., Temple City,
California 91780-1924, Assessor's Parcel No. 5384-014-027, more
particularly described as:

> Lot 354 of Tract 5904, in the City of TEMPLE CITY,
> County of Los Angeles, State of California, as per Map
> recorded in Book 80, Pages 74 and 75 of Maps, in the
> Office of the County Recorder of said County.

//
//

c.  Real property located at 10521 Freer St., Temple City, California 91780-3446, Assessor's Parcel No. 8585-021-052, more particularly described as:

> Parcel 1 of Parcel Map No. 61450, in the City of TEMPLE CITY, County of Los Angeles, State of California, as per Map recorded in Book 365, Pages 22 and 23 of Parcel Maps, in the Office of the County Recorder of said County.

DATED: September 10, 2014         STEPHANIE YONEKURA
                                  Acting United States Attorney
                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                   /s/ John J. Kucera
                                  JOHN J. KUCERA
                                  Assistant United States Attorney
                                  Asset Forfeiture Section

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA