FILED

2014 SEP 10 AM 10: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___MAD___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Xilin CHEN | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>CR14-0499<br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: September 10, 2014 at approximately 6:00 PCT  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 1956(h); 1546(a); 1425; 1956(a)(3)(B); 2(b); 2(a)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: Chinese

7. Year of Birth: 1959

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer Smith

10. Remarks (if any): _____

11. Name: SA Ketrin Adam  (please print)

12. Office Phone Number: 213-621-6733    13. Agency: DEA

14. Signature: /s/ KAdam    15. Date: 09/10/2014

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION