## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 14-499 PA | Date | September 15, 2014 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Michael Yu Zhu, Mandarin Interpreter |

| Julieta Lozano | Leandra Amber | John Kucera / Vicki Chou |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Xilin Chen | X | X | | John Hanusz | X | | |
| | | | | Reuven Cohen | X | | |

**Proceedings:**  PLEA AND TRIAL SETTING CONFERENCE

Hearing not held.

For the reasons stated on the record, the plea and trial setting conference is continued to Thursday, September 18, 2014 at 2:30 p.m.

IT IS SO ORDERED.

|  | 00 | : | 06 |
|---|---|---|---|
| Initials of Deputy Clerk | | jloz | |